IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  13-cv-03229-RPM

ERICA GARCIA,

    Plaintiff,
v.

ORGANON USA, INC.,
N.V. ORGANON,
SCHERING CORPORATION,
MERCK & CO., INC., and
MERCK SHARP & DOHME,

    Defendants.

_____

## ORDER OF RECUSAL
_____

    Because my wife has Merck stock, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED:   November 27th, 2013

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge